**ORDERED.**

**Dated:  July 27, 2026**

Jacob A. Brown
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| | |
| TRAJECTOR HOLDINGS, LLC,[1] | Case No. 3:26-bk-03286-JAB |
| BENEFITS GROUP HOLDINGS, LLC, | Case No. 3:26-bk-03289-JAB |
| TRAJECTOR MEDICAL, LLC, | Case No. 3:26-bk-03291-JAB |
| INFINITE IP LLC, | Case No. 3:26-bk-03293-JAB |
| PERFECT PATH, LLC, | Case No. 3:26-bk-03295-JAB |
| TRAJECTOR ADMIN SERVICES, LLC, | Case No. 3:26-bk-03296-JAB |
| BENEFITS INSURANCE, LLC, | Case No. 3:26-bk-03297-JAB |
| MYLER INSURANCE SERVICES HOLDINGS, LLC, | Case No. 3:26-bk-03298-JAB |
| ANCHORSIX SERVICES, LLC, | Case No. 3:26-bk-03299-JAB |
| ATVANTAGE, LLC, | Case No. 3:26-bk-03300-JAB |
| TRAJECTOR MEDIA SERVICES, LLC, | Case No. 3:26-bk-03301-JAB |
| GLOBALTEK BPO LLC, | Case No. 3:26-bk-03302-JAB |
| MYLER DISABILITY HOLDINGS, LLC, | Case No. 3:26-bk-03304-JAB |
| MYLER DISABILITY, LLC, | Case No. 3:26-bk-03306-JAB |
| ADDUCO MEDIA, LLC, | Case No. 3:26-bk-03307-JAB |
| TRAJECTOR DISABILITY, LLC, | Case No. 3:26-bk-03308-JAB |
| CONTACT CENTER 1, LLC, | Case No. 3:26-bk-03309-JAB |
| BENEFITS KARMA, LLC, | Case No. 3:26-bk-03310-JAB |

---

[1]  The Debtors' mailing address is 5950 NW 1st Place, Suite 200, Gainesville, FL 32607.  The last four digits of each Debtor's federal tax identification number are: (i) Trajector Holdings, LLC (7528); (ii) Benefits Group Holdings, LLC (2029); (iii) Trajector Medical, LLC (5243); (iv) Infinite IP LLC (3723); (v) Perfect Path, LLC (3494); (vi) Trajector Admin Services, LLC (2231); (vii) Benefits Insurance, LLC (9835); (viii) Myler Insurance Services Holdings, LLC (3606); (ix) AnchorSix Services, LLC (5009); (x) Atvantage, LLC (7384); (xi) Trajector Media Services, LLC (7509); (xii) Globaltek BPO LLC (1684); (xiii) Myler Disability Holdings, LLC (9924); (xiv) Myler Disability, LLC (0845); (xv) Adduco Media, LLC (0257); (xvi) Trajector Disability, LLC (5136); (xvii) Contact Center 1, LLC (2329); (xviii) Benefits Karma, LLC (1850); (xix) Executive Staffing Solutions, PLLC (1841); (xx) Ampry Holdings, LLC (2323); (xxi) Concierge Staffing Service Management, LLC (2814); and (xxii) Trajector, Inc. (2128).

EXECUTIVE STAFFING SOLUTIONS, PLLC,                      Case No. 3:26-bk-03311-JAB
AMPRY HOLDINGS, LLC,                                     Case No. 3:26-bk-03312-JAB
CONCIERGE STAFFING SERVICE MANAGEMENT, LLC,             Case No. 3:26-bk-03314-JAB
TRAJECTOR, INC.,                                         Case No. 3:26-bk-03315-JAB

　　　　Debtors.                                         (Joint Administration Pending)

_____/

### ORDER GRANTING DEBTORS' MOTION FOR JOINT ADMINISTRATION

**THIS CASE** came before the Court on July 24, 2026, at 3:00 p.m., in Jacksonville, Florida, upon the *Debtors' Motion for Joint Administration* [Doc. No. 11][2] (the "Motion") filed by the above captioned debtors and debtors-in-possession (each a "Debtor" and, collectively, the "Debtors"), pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1. The Motion requests entry of an order authorizing the joint administration of the bankruptcy cases of the Debtors.  The Court, having considered the Motion, finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; (v) pursuant to Local Rule 1015-1, the Court is authorized to grant the Motion without a hearing at its discretion; (vi) notice of the Motion was appropriate

---

[2] The Motion was filed at Doc No. 7 in the following cases: (i) Benefit Group Holdings, LLC, Case No. 3:26-bk-03289-JAB, (ii) Myler Disability, LLC, Case No. 3:26-bk-03306-JAB, (iii) Adduco Media, LLC, Case No. 3:26-bk-03307-JAB; (iv) Trajector Disability, LLC, Case No. 3:26-bk-03308-JAB; (v) Contact Center 1, LLC, Case No. 3:26-bk-03309-JAB; (vi) Ampry Holdings, LLC, Case No. 3:26-bk-03312-JAB; (vii) Concierge Staffing Service Management, LLC, Case No. 3:26-bk-03314-JAB; and (viii) Trajector, Inc., Case No. 3:26-bk-03315-JAB.  The Motion was filed at Doc. No. 8 in the following cases:  (i) Trajector Medical, LLC, Case No. 3:26-bk-03291-JAB; (ii) Infinite IP LLC, Case No. 3:26-bk-03293-JAB; (iii) Perfect Path, LLC, Case No. 3:26-bk-03295-JAB; (iv) Trajector Admin Services, LLC, Case No. 3:26-bk-03296-JAB; (v) Benefits Insurance, LLC, Case No. 3:26-bk-03297-JAB; (vi) Myler Insurance Services Holdings, LLC, Case No. 3:26-bk-03298-JAB; (vii) AnchorSix Services, LLC, Case No. 3:26-bk-03299-JAB; (viii) Atvantage, LLC, Case No. 3:26-bk-03300-JAB; (ix) Trajector Media Services, LLC, Case No. 3:26-bk-03301-JAB; (x) Globaltek BPO LLC, Case No. 3:26-bk-03302-JAB; (xi) Myler Disability Holdings, LLC, Case No. 3:26-bk-03304-JAB; (xii) Benefits Karma, LLC, Case No. 3:26-bk-03310-JAB; and (xiii) Executive Staffing Solutions, PLLC, Case No. 3:26-bk-03311-JAB.

under the circumstances and no other notice need be provided; and (vii) upon a review of the record before the Court, including the legal and factual bases set forth in the Motion, good and sufficient cause exists for the granting of the relief as set forth herein. Accordingly, it is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The above-captioned bankruptcy cases are consolidated for procedural purposes only and shall be jointly administered. The case of Trajector Holdings, LLC, Case No. 3:26-bk-03286 is designated as the "Lead Case."

3. The Clerk of the Court shall maintain a single case docket using the Lead Case number.

4. Hearings in these jointly administered cases shall be joint hearings unless otherwise specified.

5. Except as set forth below, all papers, including, without limitation, motions, applications, notices, monthly operating reports, and orders shall be filed in the Lead Case and shall bear the following jointly administered case caption:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| TRAJECTOR HOLDINGS, LLC, | Case No. 3:26-bk-03286-JAB<br>Lead Case |
| | *Jointly Administered with* |
| BENEFITS GROUP HOLDINGS, LLC, | Case No. 3:26-bk-03289-JAB |
| TRAJECTOR MEDICAL, LLC, | Case No. 3:26-bk-03291-JAB |
| INFINITE IP LLC, | Case No. 3:26-bk-03293-JAB |
| PERFECT PATH, LLC, | Case No. 3:26-bk-03295-JAB |
| TRAJECTOR ADMIN SERVICES, LLC, | Case No. 3:26-bk-03296-JAB |

3

| | |
|---|---|
| BENEFITS INSURANCE, LLC, | Case No. 3:26-bk-03297-JAB |
| MYLER INSURANCE SERVICES HOLDINGS, LLC, | Case No. 3:26-bk-03298-JAB |
| ANCHORSIX SERVICES, LLC, | Case No. 3:26-bk-03299-JAB |
| ATVANTAGE, LLC, | Case No. 3:26-bk-03300-JAB |
| TRAJECTOR MEDIA SERVICES, LLC, | Case No. 3:26-bk-03301-JAB |
| GLOBALTEK BPO LLC, | Case No. 3:26-bk-03302-JAB |
| MYLER DISABILITY HOLDINGS, LLC, | Case No. 3:26-bk-03304-JAB |
| MYLER DISABILITY, LLC, | Case No. 3:26-bk-03306-JAB |
| ADDUCO MEDIA, LLC, | Case No. 3:26-bk-03307-JAB |
| TRAJECTOR DISABILITY, LLC, | Case No. 3:26-bk-03308-JAB |
| CONTACT CENTER 1, LLC, | Case No. 3:26-bk-03309-JAB |
| BENEFITS KARMA, LLC, | Case No. 3:26-bk-03310-JAB |
| EXECUTIVE STAFFING SOLUTIONS, PLLC, | Case No. 3:26-bk-03311-JAB |
| AMPRY HOLDINGS, LLC, | Case No. 3:26-bk-03312-JAB |
| CONCIERGE STAFFING SERVICE MANAGEMENT, LLC | Case No. 3:26-bk-03314-JAB |
| TRAJECTOR, INC., | Case No. 3:26-bk-03315-JAB |

Debtors.

_____/

6.      A docket entry shall be made by the Clerk of Court in each of the above-captioned cases substantially as follows:

> An order has been entered in this case directing joint administration of the following entities for procedural purposes only: (i) Trajector Holdings, LLC; (ii) Benefits Group Holdings, LLC; (iii) Trajector Medical, LLC; (iv) Infinite IP LLC; (v) Perfect Path, LLC; (vi) Trajector Admin Services, LLC; (vii) Benefits Insurance, LLC; (viii) Myler Insurance Services Holdings, LLC; (ix) AnchorSix Services, LLC; (x) Atvantage, LLC; (xi) Trajector Media Services, LLC; (xii) Globaltek BPO LLC; (xiii) Myler Disability Holdings, LLC; (xiv) Myler Disability, LLC; (xv) Adduco Media, LLC; (xvi) Trajector Disability, LLC; (xvii) Contact Center 1, LLC; (xviii) Benefits Karma, LLC; (xix) Executive Staffing Solutions, PLLC; (xx) Ampry Holdings, LLC; (xxi) Concierge Staffing Service Management, LLC; and (xxii) Trajector, Inc. The docket of Trajector Holdings, LLC (Case No. 3:26-bk-03286) should be consulted for all matters affecting this case.

7.      The following papers shall be filed in each applicable jointly administered case, captioned with the name and case number for that particular case:

> a.      Lists of creditors pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure;
>
> b.      Schedules and statements of financial affairs, and any amendments thereto;

4

c.      Claims (and any objections to claims and notices relating to transfers of claims);

d.      Ballots (if separate plans are filed); and

e.      Motions for final decree.

8.      Each of the jointly administered Debtors shall file separate monthly operating reports to be docketed in the Lead Case.

9.      Papers and orders that pertain to one or more specific Debtor(s) shall be filed in the Lead Case, however, the caption of the paper or order shall designate the specific Debtor(s) to which the paper or order applies.  In such circumstances, the caption of the paper and or order shall be in the following form:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:                                                                                      Chapter 11 Cases

TRAJECTOR HOLDINGS, LLC,                                      Case No. 3:26-bk-03286-JAB
                                                                                            Lead Case

                                                                                            *Jointly Administered with*
BENEFITS GROUP HOLDINGS, LLC,                             Case No. 3:26-bk-03289-JAB
TRAJECTOR MEDICAL, LLC,                                        Case No. 3:26-bk-03291-JAB
INFINITE IP LLC,                                                         Case No. 3:26-bk-03293-JAB
PERFECT PATH, LLC,                                                  Case No. 3:26-bk-03295-JAB
TRAJECTOR ADMIN SERVICES, LLC,                           Case No. 3:26-bk-03296-JAB
BENEFITS INSURANCE, LLC,                                        Case No. 3:26-bk-03297-JAB
MYLER INSURANCE SERVICES HOLDINGS, LLC,        Case No. 3:26-bk-03298-JAB
ANCHORSIX SERVICES, LLC,                                       Case No. 3:26-bk-03299-JAB
ATVANTAGE, LLC,                                                      Case No. 3:26-bk-03300-JAB
TRAJECTOR MEDIA SERVICES, LLC,                           Case No. 3:26-bk-03301-JAB
GLOBALTEK BPO LLC,                                                Case No. 3:26-bk-03302-JAB
MYLER DISABILITY HOLDINGS, LLC,                          Case No. 3:26-bk-03304-JAB
MYLER DISABILITY, LLC,                                            Case No. 3:26-bk-03306-JAB
ADDUCO MEDIA, LLC,                                                Case No. 3:26-bk-03307-JAB
TRAJECTOR DISABILITY, LLC,                                     Case No. 3:26-bk-03308-JAB
CONTACT CENTER 1, LLC,                                          Case No. 3:26-bk-03309-JAB
BENEFITS KARMA, LLC,                                             Case No. 3:26-bk-03310-JAB

5

EXECUTIVE STAFFING SOLUTIONS, PLLC,        Case No. 3:26-bk-03311-JAB
AMPRY HOLDINGS, LLC,        Case No. 3:26-bk-03312-JAB
CONCIERGE STAFFING SERVICE MANAGEMENT, LLC    Case No. 3:26-bk-03314-JAB
TRAJECTOR, INC.,        Case No. 3:26-bk-03315-JAB

    Debtors.
_____/

[Specific Debtor's Name]        [Specific Case Number]

    Applicable Debtor.
_____/

10.    Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

11.    The Debtors shall not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

12.    The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

13.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# # #

*(Attorney Edward J. Peterson is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.)*